■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MURAD BEYAH, Appellant.—Motion for writ of error coram nobis denied. Present—Dillon, P. J., Callahan, Denman, Boomer and Lowery, JJ.

■ In the Matter of RICHARD H. CATALDI, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner.—Resignation accepted, name stricken from the roll of attorneys and restitution ordered. Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ. (Order entered Apr. 17, 1991.)

■ In the Matter of OSCAR SMUKLER.—Order entered reinstating petitioner as an attorney and counselor at law. Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ ROBERT BLUMENTHAL, Respondent-Appellant, v SYRACUSE SAVINGS BANK, Appellant-Respondent.—Motion to dismiss cross appeal denied. Memorandum: Defendant has not demonstrated that a notice of entry of the order was served with the order. Absent service of a written notice of entry, the time to take an appeal does not begin to run *(Malvin v Schwartz,* 65 AD2d 769, *affd* 48 NY2d 693). Present—Callahan, J. P., Doerr, Denman, Boomer and Pine, JJ.

■ MARK L. KLOPFLE, Respondent, v NEW YORK STATE THRUWAY AUTHORITY, Appellant.—Motion to strike attachments from defendant's brief granted to the extent that the transcript of oral argument on the motion be deemed deleted. Memorandum: It is improper to include in defendant's brief on appeal a copy of the transcript of oral argument on the motion because that transcript was not included in the stipulated record on appeal. Present—Callahan, J. P., Denman, Boomer, Pine and Davis, JJ.

■ LAWRENCE NUSZKOWSKI, Respondent, v DONALD McCANN, Appellant.—Motion for extension of time to perfect appeal granted to July 16, 1991. Memorandum: Barring extraordinary and unforeseen circumstances, no further extensions will be granted. Present—Callahan, J. P., Doerr, Denman, Boomer and Green, JJ.